FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 16  P 3: 05

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BATTURE FLEET, INC.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 00-0205** |
| | * | |
| **CAROL BROWNER, *ET AL.*** | * | **SECTION "C"** |
| | * | |
| | * | **MAGISTRATE: (2)** |

## MOTION FOR LEAVE TO FILE AFFIDAVIT OF ROBERT MELIA AND INCORPORATED MEMORANDUM IN SUPPORT

NOW INTO COURT, through undersigned counsel, comes Real-Time Thermal Imaging, L.L.C. ("Real-Time"), a non-party to this litigation, and moves for leave to file the attached Affidavit of Robert Melia, President of Real-Time, to supplement its Motion to Quash Non-Party Subpoena Duces Tecum and for Protective Order filed on February 14, 2000. In its Memorandum in Support its motion, Real-Time represented that it intended "to submit an Affidavit sworn to by Robert Melia, Real-Time's President, shortly as support for the factual propositions set forth herein regarding its business operations, the confidentiality of the information sought and the burden that would be imposed by the requested production." Real-Time's Memorandum in Support of Motion to Quash Non-Party Subpoena Duces Tecum and for Protective Order at p. 1, n.1. Thus, in accordance with

N0472796 1

DATE OF ENTRY  **FEB 2 2 2000**

its representation, Real-Times now moves for leave to file the attached Affidavit of Robert Melia, sworn to on February 16, 2000 to support further its motion.

WHEREFORE, Real-Time prays that its motion for leave to file the attached Affidavit be granted and that the Affidavit be filed to supplement its previously filed Motion to Quash Subpoena Duces Tecum and for Protective Order.

Respectfully submitted,

*[signature]*

CARL D. ROSENBLUM (#2083)
ALIDA C. HAINKEL (#24114)
Jones, Walker, Waechter,
  Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, LA  70170
Telephone: (504) 582-8000
Attorneys for Real-Time Thermal Imaging, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by telefax, by hand delivery, and/or placing same in the United States Mail, postage prepaid, this 16th day of February, 2000.

*[signature]*

N0472796 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BATTURE FLEET, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0205 |
| | * | |
| CAROL BROWNER, *ET AL.* | * | SECTION "C" |
| | * | |
| | * | MAGISTRATE: (2) |

### ORDER

Considering the foregoing Motion to File Affidavit of Robert Melia filed by non-party Real-Time Thermal Imaging, L.L.C.;

IT IS HEREBY ORDERED that non-party Real-Time Thermal Imaging Inc.'s Motion for Leave to File the Affidavit of Robert Melia is GRANTED.

_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

N0472796 1