

MINUTE ENTRY
WILKINSON, M.J.
FEBRUARY 25, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BATTURE FLEET, INC.                                CIVIL ACTION

VERSUS                                             NO. 00-205

CAROL BROWNER ET AL.                               SECTION "C" (2)

At the request of counsel for plaintiff and pursuant to Local Rule 2.01, oral argument on (1) Motion of Neal Clulee et al to Quash Subpoenas and (2) Motion of Real-Time Thermal Imaging, L.L.C. to Quash Non-Party Subpoena Duces Tecum and for Protective Order filed in this matter is hereby set on **March 29, 2000 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY FEB 28 2000

Fee_____
Process___
X Dktd____
___ CtRmDc
Doc.No. 12