UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

BATTURE FLEET, INC.                     NO. 00-0205

V.                                      SECTION " C "

CAROL BROWNER ET AL.                    MAG. JUDGE 2

### WITNESSES' MOTION FOR PERMISSION TO FILE SUPPLEMENTARY MEMORANDUM IN SUPPORT OF MOTION TO QUASH SUBPOENAS
#### (filed on behalf of Neal and Mary Clulee et al.)

NOW INTO COURT through undersigned counsel come Neal Clulee; Mary Clulee; N/C Materials, Inc.; Homeplace Batture Leasing, Inc.; and Joel Chaisson and respectfully move and represent as follows:

(1)

Prior to filing their original motion to quash, movers attempted unsuccessfully to contact counsel for Batture Fleet for the purpose of attempting to reach agreement which would narrow the scope of the subpoenas and clarify the areas of dispute.

(2)

Since the filing of the original motion, correspondence and a telephone conference between counsel have served to partially clarify the dispute. Therefore, movers desire to file the appended supplementary memorandum which will address the issues more specifically.

WHEREFORE movers respectfully pray this Honorable Court for perm file the appended supplementary memorandum in support of motion to quash.

DATE OF ENTRY
MAR 1 6 2000

Respectfully submitted,

*[signature: Catherine Leary]*

Chaisson & Chaisson
13726 River Road
P.O. Box 1255
Destrehan, Louisiana 70047
504-764-9911

BY: Joel T. Chaisson

Bar No. 03990

Catherine Leary
Attorney at Law, Bar No. 9750
P. O. Box 472
Westwego, LA 70096
    Phone: 504-436-9648
    Fax:     504-586-0007

## C E R T I F I C A T E

I certify that I have served a copy of the above and foregoing by hand or by U.S. mail postage prepaid this 14 day of March, 2000.

*[signature: Catherine Leary]*

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BATTURE FLEET, INC. | NO. 00-0205 |
| V. | SECTION " C " |
| CAROL BROWNER ET AL. | MAG. JUDGE 2 |

## ORDER

Considering the above and foregoing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT the motion of Neal Clulee, N/C Materials, Inc., Homeplace Batture Leasing, Inc., Mary Clulee, and Joel Chaisson for permission to file a supplementary memorandum in support of their Motion to Quash is and be hereby _granted_.

New Orleans, Louisiana this 15 day of March, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE

I certify that I have served a copy of the above and foregoing by hand or by U.S. mail postage prepaid this 14 day of March, 2000.

_____

6