**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

BATTURE FLEET, INC.,

    PLAINTIFF

Versus

CAROL BROWNER, in her official
capacity as Administrator of the
United States Environmental Protection
Agency,

GREG A. COOKE, in his official
capacity as Regional Administrator,
United States Environmental Protection
Agency, Region VI,

ADMIRAL JAMES LOY, in his official
Capacity as Commandant of the
United States Coast Guard,

And

CAPTAIN STEVEN ROCHON, in his
Official capacity as United States Coast
Guard Captain of the Port of New Orleans,

    DEFENDANTS

Division: "C"

Section: 00-0205

Magistrate: 2

### REQUEST FOR ENTRY OF DEFAULT

TO:    Honorable Loretta G. Whyte
        Clerk of Court
        United States District Court
        Eastern District of Louisiana
        500 Camp Street
        New Orleans, Louisiana 70130

Please enter a default on all defendants for failure to plead or

otherwise defend as provided by Rule 55(a) of the Federal Rules

DATE OF ENTRY
MAR 1 7 2000

of Civil Procedure, as appears from the affidavit of J. Mac Morgan hereto attached.

Respectfully submitted,

*[signature]*

LEMMON LAW FIRM, L.L.C.
By: Andrew A. Lemmon, T.A.
(Bar#18302)
225 Baronne Street, Suite 1700
New Orleans, Louisiana  70112
(504) 529-3180

and

*[signature]*

LAW OFFICE OF J. MAC MORGAN
By:  J. Mac Morgan (Bar #17720)
P.O. Box 24501
New Orleans, Louisiana  70184
(504) 282-1264

ATTORNEYS FOR BATTURE FLEET, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, the 14 day of March, 2000.

*[signature]*
Andrew A. Lemmon, ESQ.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BATTURE FLEET, INC.,

    PLAINTIFF

Versus

CAROL BROWNER, in her official
capacity as Administrator of the
United States Environmental Protection
Agency,

GREG A. COOKE, in his official
capacity as Regional Administrator,
United States Environmental Protection
Agency, Region VI,

ADMIRAL JAMES LOY, in his official
Capacity as Commandant of the
United States Coast Guard,

And

CAPTAIN STEVEN ROCHON, in his
Official capacity as United States Coast
Guard Captain of the Port of New Orleans,

    DEFENDANTS

Division: "C"

Section: 00-0205

Magistrate: 2

## ORDER

In consideration of the request and affidavit in support of the entry of default filed on behalf of Batture Fleet, Inc.:

**IT IS HEREBY ORDERED** that default be and is hereby entered against defendants CAROL BROWNER, in her official capacity as Administrator of the United States Environmental Protection Agency; GREG A. COOKE, in his official capacity as Regional Administrator, United States Environmental Protection Agency, Region VI, ADMIRAL JAMES LOY, in his official Capacity as Commandant of the United States Coast Guard; and CAPTAIN STEVEN

ROCHON, in his Official capacity as United States Coast Guard Captain of the Port of New Orleans.

New Orleans, Louisiana, this 17th day of March, 2000.

LORETTA G. WHYTE, Clerk

CLERK OF COURT

By: *Kimberly Coury*
Deputy Clerk