

**MINUTE ENTRY**
**BERRIGAN, J.**
**March 16, 2000**

| | |
|---|---|
| **BATTURE FLEET, INC.** | CIVIL ACTION |
| versus | NO. 00-205 |
| **ENVIRONMENTAL PROTECTION** | SECTION "C" (2) |
| **AGENCY, etc., et al.** | |

    A status conference was held today. In attendance for Plaintiff were Andrew Lemmon and Mac Morgan for Plaintiff. In attendance for Defendants were Laurie Bacelona, Assistant United States Attorney; Tom Marian, United States Coast Guard; Eric Hostetler, United States Department of Justice– Environmental Defense Section (by telephone); and Nicholas Persampieri, United States Department of Justice– Environmental Enforcement Section (by telephone).

    In light of the Government's assurance to the Court that it will not enter Plaintiff's property without first obtaining either (a) Plaintiff's consent or (b) judicial approval of an enforcement action, **IT IS ORDERED** that Plaintiff's First Supplemental and Amending Verified Complaint for Declaratory Judgment, Temporary Restraining Order and Preliminary and Permanent Injunctive Relief is hereby **DENIED AS MOOT**.

DATE OF ENTRY
MAR 1 7 2000

