FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 17 A 10: 10

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BATTURE FLEET, INC., | * | Civil Action |
| PLAINTIFF, | * | Number: 00-0205 |
| Versus | * | Section: "C" |
| CAROL BROWNER, in her official capacity as Administrator of the United States Environmental Protection Agency, | * | Magistrate: 2 |
| GREG A. COOKE, in his official capacity as Regional Administrator, United States Environmental Protection Agency, Region VI, | * | |
| ADMIRAL JAMES LOY, in his official Capacity as Commandant of the United States Coast Guard, | * | |
| And | * | |
| CAPTAIN STEVEN ROCHON, in his Official capacity as United States Coast Guard Captain of the Port of New Orleans, | * | |
| DEFENDANTS. | * | |

**MOTION AND ORDER TO WITHDRAWAL AS CO-COUNSEL
FOR BATTURE FLEET, INC.**

DATE OF ENTRY
MAR 2 0 2000

21

**COMES NOW**, J. Mac Morgan, co-counsel for plaintiff, Batture Fleet, Inc., who shows that he no longer represents Batture Fleet, Inc. in these proceedings and he desires to withdrawal from these proceedings as its co-counsel and to have his name stricken from the record as its co-counsel. Mover shows that Batture Fleet, Inc. is still represented in these proceedings by its trial attorney, Andrew A. Lemmon and the Lemmon Law Firm. Therefore, pursuant to Uniform Local Rule 83.2.11 mover should be permitted to withdrawal.

Respectfully submitted:

**LAW OFFICE OF J. MAC MORGAN**

J. MAC MORGAN (17720)
P. O. Box 24501
318 Lake Marina Avenue
Suite 217
New Orleans, Louisiana 70184
Telephone: (504) 282-1264

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has been served on all known counsel of record by depositing the same in the United States mail, postage prepaid and properly addressed, on this ___ day of _____, 2000.

J. MAC MORGAN

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BATTURE FLEET, INC., | * | Civil Action |
| PLAINTIFF, | * | Number: 00-0205 |
| Versus | * | Section: "C" |
| CAROL BROWNER, in her official capacity as Administrator of the United States Environmental Protection Agency, | * | Magistrate: 2 |
| | * | |
| GREG A. COOKE, in his official capacity as Regional Administrator, United States Environmental Protection Agency, Region VI, | * | |
| | * | |
| ADMIRAL JAMES LOY, in his official Capacity as Commandant of the United States Coast Guard, | * | |
| | * | |
| And | * | |
| CAPTAIN STEVEN ROCHON, in his Official capacity as United States Coast Guard Captain of the Port of New Orleans, | * | |
| | * | |
| DEFENDANTS. | * | |

### ORDER

Considering the foregoing motion and the fact that Batture Fleet, Inc. still has counsel in this action:

3

**IT IS HEREBY ORDERED** that J. Mac Morgan is hereby withdrawn as co-counsel of record for the plaintiff, Batture Fleet, Inc.

New Orleans, Louisiana, this 10 day of March, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE