

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BATTURE FLEET, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 00-0205 C |
| ) | Section: "C" |
| ) | Judge: Berrigan |
| CAROL BROWNER, et al., ) | Magistrate: Wilkinson |
| ) | |
| Defendants. ) | |

**FIRST MOTION FOR EXTENSION OF TIME
IN WHICH TO ANSWER OR OTHERWISE FILE RESPONSIVE PLEADINGS**

Defendants Carol Browner, in her official capacity as Administrator of the United States Environmental Protection Agency, Greg A. Cooke, in his official capacity as Regional Administrator, United States Environmental Protection Agency, Region VI, Admiral James Loy, in his Official Capacity as Commandant of the United States Coast Guard and Captain Steven Rochon, in his Official capacity as United States Coast Guard Captain of the Port of New Orleans hereby move for an extension of twenty (20) days within which to answer, or otherwise file responsive pleadings to Plaintiff's Complaint in the above-captioned matter.

No previous extensions of time have been requested by defendants.

DATE OF ENTRY

MAR 2 3 2000

WHEREFORE, the defendants respectfully request that an extension of time from March 21, 2000, up to and including, April 10, 2000, be granted to answer, or otherwise file, responsive pleadings.

Respectfully submitted,

LOIS J. SCHIFFER
Assistant Attorney General
Environment and Natural Resources Division

ERIC G. HOSTETLER
Trial Attorney
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 305-2326

EDDIE J. JORDAN, JR.
United States Attorney

LAURIE BARCELONA (19610)
Assistant U.S. Attorney
Hale Boggs Federal Building
501 Magazine Street, 2nd Floor
New Orleans, LA 70139

OF COUNSEL

THOMAS MARIAN
Eighth Coast Guard
District Legal Office
501 Magazine Street
New Orleans, LA 701130-3396

BRUCE JONES
Office of Regional Counsel (6RC-C)
U.S. Environmental Protection Agency
1445 Ross Avenue
Dallas, Texas 75202-2733

March 17, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BATTURE FLEET, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 00-0205 C |
| ) | Section: "C" |
| ) | Judge: Berrigan |
| CAROL BROWNER, et al., ) | Magistrate: Wilkinson |
| ) | |
| Defendants. ) | |

**DENIED**

### ORDER

Considering the foregoing Motion for Extension of Time in Which to Answer or Otherwise File Responsive Pleadings.

**IT IS HEREBY ORDERED** that Defendants Carol Browner, in her official capacity as Administrator of the United States Environmental Protection Agency, Greg A. Cooke, in his official capacity as Regional Administrator, United States Environmental Protection Agency, Region VI, Admiral James Loy, in his Official Capacity as Commandant of the United States Coast Guard and Captain Steven Rochon, in his Official capacity as United States Coast Guard Captain of the Port of New Orleans are **GRANTED** an extension of time of twenty (20) days from March 21, 2000, up to and including April 10, 2000, in which to file an answer or otherwise file a responsive pleading to plaintiff's complaint.

New Orleans, Louisiana, this 22nd day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE

※ Default has already been entered. See Rec. Doc. 18.