

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BATTURE FLEET, INC.** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 00-0205 |
| | * | |
| **CAROL BROWNER, *ET AL.*** | * | SECTION "C" |
| | * | |
| | * | MAGISTRATE: (2) |

### REAL-TIME'S MOTION FOR LEAVE TO FILE REPLY BRIEF AND FOR ATTORNEY'S FEES UNDER FED. R. CIV. P. 45(c)(1)

Non-party Real-Time Thermal Imaging, L.L.C. respectfully moves this Court for leave to file the attached Reply to Plaintiff's Opposition to Real-Time's Motion to Quash and for Protective Order under Local Rule LR 7.5E. In addition, under Fed. R. Civ. P. 45(c)(1), Real-Time moves this Court to impose an appropriate sanction on plaintiff for breach of its duty to take reasonable steps to avoid imposing undue burden and expense on Real-Time. Thus, Real-Time requests that this Court award Real-Time its reasonable attorney's fees incurred in objecting to plaintiff's improper subpoena for the reasons set forth more fully in the attached memorandum in support.

Real-Time respectfully submits that the attached Reply is necessary to address defects in the subpoena served on Real-Time that were not previously raised in Real-Time's original memorandum

N0486364 1

DATE OF ENTRY
MAR 2 9 2000

and to respond to issues raised in plaintiff's Opposition. Significantly, in its Reply, Real-Time addresses plaintiff's violation of federal regulations through service of the subpoena on Real-Time. Further, based on the subpoena's numerous infirmities, Real-Time moves for its attorney's fees.

WHEREFORE, Real-Time prays that its motion for leave to file its Reply and its motion for attorney's fees be granted.

Respectfully submitted,

_____
CARL D. ROSENBLUM (#2083)
ALIDA C. HAINKEL (#24114)
Jones, Walker, Waechter,
 Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Attorneys for Real-Time Thermal Imaging, L.L.C.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by telefax, by hand delivery, and/or placing same in the United States Mail, postage prepaid, this 24 day of March, 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BATTURE FLEET, INC.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 00-0205** |
| | * | |
| **CAROL BROWNER,** *ET AL.* | * | **SECTION "C"** |
| | * | |
| | * | **MAGISTRATE: (2)** |

### ORDER

Considering the foregoing Motion for Leave to File Reply Brief and for Attorney's Fees Under Fed. R. Civ. P. 45(c)(1);

IT IS HEREBY ORDERED that Real Time's Motion for Leave to File Reply Brief be and it is hereby granted.

New Orleans, Louisiana, this 28th day of March, 2000.

_____
UNITED STATES ~~DISTRICT COURT~~ MAGISTRATE JUDGE

N0486908 1