UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

BATTURE FLEET, INC.                      NO. 00-0205

V.                                              SECTION " C "

CAROL BROWNER ET AL.                  MAG. JUDGE 2

### WITNESSES' MOTION FOR PERMISSION TO FILE EXHIBITS IN SUPPORT OF MOTION TO QUASH SUBPOENAS
(filed on behalf of Neal and Mary Clulee et al.)

NOW INTO COURT through undersigned counsel come Neal Clulee; Mary Clulee; N/C Materials, Inc.; Homeplace Batture Leasing, Inc.; and Joel Chaisson and respectfully move and represent as follows:

(1)

Since the filing of the supplementary memorandum in support of motion to quash, undersigned counsel has received additional responses from attorneys having custody of records of former litigation, and these responses confirm that the records contain no pertinent material. The witnesses desire to document these responses by filing additional exhibits with the Court.

(2)

In addition, the witnesses desire to file additional exhibits in support of their motion for costs connected with the motion to quash and preparation of the response to the subpoena.

(3)

Wherefore the witnesses desire to file the appended exhibits as follows:

1

(a) affidavit of Catherine Leary

(b) affidavit of Joel Chaisson

(c) copy of letter from Moise Steeg

(d) copy of letter from Victor Bradley.

WHEREFORE movers respectfully pray this Honorable Court for permission to file the appended exhibits in support of motion to quash.

Respectfully submitted,

*Catherine Leary*

Chaisson & Chaisson
13726 River Road
P.O. Box 1255
Destrehan, Louisiana 70047
504-764-9911

BY: Joel T. Chaisson

Bar No. 03990

Catherine Leary
Attorney at Law, Bar No. 9750
P. O. Box 472
Westwego, LA 70096
    Phone: 504-436-9648
    Fax:    504-586-0007

## C E R T I F I C A T E

I certify that I have served a copy of the above and foregoing by hand or by U.S. mail postage prepaid this 29 day of March, 2000.

*Catherine Leary*

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BATTURE FLEET, INC. | NO. 00-0205 |
| V. | SECTION " C " |
| CAROL BROWNER ET AL. | MAG. JUDGE 2 |

## MEMORANDUM IN SUPPORT OF MOTION

MAY IT PLEASE THE COURT:

Movers desire to file the appended exhibits in support of their motion to quash.

Respectfully submitted,

*/s/ Catherine Leary*

Chaisson & Chaisson
13726 River Road
P.O. Box 1255
Destrehan, Louisiana 70047
504-764-9911

Catherine Leary
Attorney at Law, Bar No. 9750
P. O. Box 472
Westwego, LA 70096
   Phone:  504-436-9648

## C E R T I F I C A T E

I certify that I have served a copy of the above and foregoing by hand or by U.S. mail postage prepaid this 29 day of March, 2000.

*/s/ Catherine Leary*

4

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

BATTURE FLEET, INC.                        NO. 00-0205

V.                                         SECTION " C "

CAROL BROWNER ET AL.                       MAG. JUDGE 2

### ORDER

Considering the above and foregoing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT the motion of Neal Clulee, N/C Materials, Inc., Homeplace Batture Leasing, Inc., Mary Clulee, and Joel Chaisson for permission to file exhibits in support of their Motion to Quash is and be hereby _granted_.

New Orleans, Louisiana this 29 day of March, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

### CERTIFICATE

I certify that I have served a copy of the above and foregoing by hand or by U.S. mail postage prepaid this 29 day of March, 2000.

_Catherine Leary_

5