FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR 12 A 11: 39

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| BATTURE FLEET, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 00-0205 C |
| | ) | Section: "C" |
| | ) | Judge: Berrigan |
| CAROL BROWNER, et al., | ) | Magistrate: Wilkinson |
| | ) | |
| Defendants. | ) | |
| | ) | |

### UNOPPOSED MOTION TO RESCHEDULE PRELIMINARY CONFERENCE

Defendants Carol Browner, in her official capacity as Administrator of the United States Environmental Protection Agency, Greg A. Cooke, in his official capacity as Regional Administrator, United States Environmental Protection Agency, Region VI, Admiral James Loy, in his Official Capacity as Commandant of the United States Coast Guard and Captain Steven Rochon, in his Official capacity as United States Coast Guard Captain of the Port of New Orleans hereby moves for rescheduling of the preliminary conference, presently scheduled for April 20, 2000, until any date during the week of May 15, 2000, other than May 16.

Pursuant to the Court's order dated April 3, 2000, Defendants' response to Plaintiffs'

DATE OF ENTRY
APR 1 4 2000



Complaint is presently due on April 24, 2000. Defendants' intend to file a motion to dismiss by this date based on lack of subject matter jurisdiction and mootness. The parties further are presently engaged in settlement discussions. Defendants' believe that it is in the interest of judicial efficiency to postpone the preliminary conference for a period of four weeks to allow an opportunity for the Defendants to respond to Plaintiffs' Complaint, for the Court to consider Defendants' response, and for the parties to further explore potential settlement, before the preliminary conference.

Undersigned defendants' counsel spoke with Plaintiffs' counsel Andrew Lemmon by telephone on April 11 and was informed that Plaintiffs' have no objection to rescheduling this conference to any date during the week of May 15, 2000, other than May 16.

Undersigned counsel will be out of the office on travel the weeks of May 22 and May 29.

WHEREFORE, the defendants respectfully request that the preliminary conference be rescheduled from April 11, 2000, until any date during the week of May 15, 2000, other than May 16.

Respectfully submitted,

LOIS J. SCHIFFER
Assistant Attorney General
Environment and Natural Resources Division

_____
ERIC G. HOSTETLER
Trial Attorney
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 305-2326

                                        EDDIE J. JORDAN, JR.
                                        United States Attorney

                                        LAURIE BARCELONA (19610)
                                        Assistant U.S. Attorney
                                        Hale Boggs Federal Building
                                        501 Magazine Street, 2nd Floor
                                        New Orleans, LA 70139

<u>OF COUNSEL</u>

THOMAS MARIAN
Eighth Coast Guard
District Legal Office
501 Magazine Street
New Orleans, LA 701130-3396

BRUCE JONES
Office of Regional Counsel (6RC-C)
U.S. Environmental Protection Agency
1445 Ross Avenue
Dallas, Texas   75202-2733

April 11, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

BATTURE FLEET, INC., )
)
Plaintiff, )
)
v. ) Case No. 00-0205 C
) Section: "C"
) Judge: Berrigan
CAROL BROWNER, et al., ) Magistrate: Wilkinson
)
Defendants. )

## ORDER

Considering the foregoing Unopposed Motion To Reschedule Preliminary Conference,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The preliminary conference will be held on May 17, 2000, at 10:00 a.m.

New Orleans, Louisiana, this 13 day of April, 2000.

_____
UNITED STATES DISTRICT JUDGE