

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MINUTE ENTRY
BERRIGAN, J
MAY 4, 2000

00-205

IT IS ORDERED that the following motions set for hearing on May 10, 2000, will be considered on the briefs.

| | |
|---|---|
| 98-3331 c/w 99-0679 | MANUEL S. LATUSO, JR. V RELIANCE INSURANCE COMPANY<br>Motion by Reliance Insurance Company for summary judgment (60) (REF: 99-0679) |
| 99-1318 | KURT BAGGS V HIGHLAND TOWING, L.L.C., ET AL<br>Motion by Highland Towing, L.L.C. for partial summary judgment to dismiss wage claim (76)<br>Motion by Highland Towing, L.L.C. for partial summary judgment to dismiss maintenance and cure claim (78) |
| 99-2308 | NEIL BARNETT V KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION<br>Motion by Neil Barnett for attorney's fees (14) |

DATE OF ENTRY
MAY - 4 2000

___Fee___
___Process___
X Dktd
___CtRmDep___
Doc.No.___

99-3809    JAMES D. CRATE V BAY SHIP MANAGEMENT, INC., ET AL
Motion by the United States of America to dismiss or alternatively, to transfer venue (16)

00-0205    BATTURE FLEET, INC. V CAROL BROWNER, ETC., ET AL
Motion by Batture Fleet, Inc. to review Magistrate's award of sanctions (32)
Motion by Real-Time Thermal Imaging, L.L.C. for additional attorney's fees under Fed.R.Civ. P. 45(c)(1)   (35)
Motion by Carol Browner, Greg A. Cooke, Admiral James Loy, Captain Steven Rochon to dismiss (37)

00-0616    ROY ANTONIO FORBES V U.S. IMMIGRATION & NATURALIZATION SERVICE, ETC., ET AL
Motion by the United States of America to dismiss or in the alternative, motion to transfer (4)

00-0881    LINDA F. GRAJEWSKI V MARK J. HONTAS, M.D.
Motion by Mark J. Hontas, M.D. to dismiss plaintiff's complaint of medical malpractice on grounds of prematurity (3)

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE