FILED
U.S. DISTRICT COURT

2000 MAY -9 A 10: 39

LORETTA G. WHYTE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

BATTURE FLEET, INC., )
)
    Plaintiff, )
)
v. ) Case No. 00-0205 C
) Section: "C"
) Judge: Berrigan
CAROL BROWNER, et al., ) Magistrate: Wilkinson
)
    Defendants. )
)

## DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Defendants' move this Court for an order granting Defendants leave to file a reply brief to Plaintiffs' Opposition to Defendants' Motion to Dismiss. In support of this motion, Defendants states as follows:

In its opening brief, Defendants moved for dismissal of all claims raised against them pursuant to Federal Rule of Civil Procedure 12(b)(1). Defendants' motion raises complex issues of law. Plaintiff's response raises various arguments and makes new factual allegations that were not addressed in Defendants' opening brief. Because the issues raised in Defendants' motion are

1

DATE OF ENTRY
MAY 1 0 2000



complex and dispositive, and because Defendants have not had an opportunity to address various points raised by Plaintiff, Defendants believe that a reply brief would be extremely helpful to the Court.

WEHREFORE, for the reasons set forth above, Defendants respectfully asks that this motion be granted, and that they be given leave to file the reply brief included herewith in support of their pending motion to dismiss.

          Respectfully submitted,

          LOIS J. SCHIFFER
          Assistant Attorney General
          Environment and Natural Resources Division

          */s/ E. Hostetler*
          ERIC G. HOSTETLER
          Trial Attorney
          Environmental Defense Section
          U.S. Department of Justice
          P.O. Box 23986
          Washington, D.C. 20026-3986
          (202) 305-2326

          EDDIE J. JORDAN, JR.
          United States Attorney

          LAURIE BARCELONA (19610)
          Assistant U.S. Attorney
          Hale Boggs Federal Building
          501 Magazine Street, 2nd Floor
          New Orleans, LA 70139

          May 8, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BATTURE FLEET, INC., ) | |
| Plaintiff, ) | |
| v. ) | Case No. 00-0205 C |
| ) | Section: "C" |
| ) | Judge: Berrigan |
| CAROL BROWNER, et al., ) | Magistrate: Wilkinson |
| Defendants. ) | |

### ORDER

Considering the foregoing Motion for Leave to File Reply in Support of Motion to Dismiss,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

New Orleans, Louisiana, this ___10___ day of ___May___, 2000.

_____
UNITED STATES DISTRICT JUDGE