

MINUTE ENTRY
BERRIGAN, J.
MAY 17, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BATTURE FLEET, INC. | CIVIL ACTION |
| VERSUS | NUMBER: 00-0205 |
| ENVIRONMENTAL PROTECTION AGENCY, ETC., ET AL | SECTION: "C" 2 |

A preliminary conference was set for this date with the courtroom deputy.

PRESENT BY TELEPHONE:   Andrew Lemmon
Eric Hostetler
Tom Marion

Upon request of counsel,

**IT IS ORDERED** that the preliminary conference is hereby CANCELED.

**IT IS FURTHER ORDERED** that a status conference will be set before the undersigned following the Court's ruling on the defendants' motion to dismiss for lack of subject matter jurisdiction.

DATE OF ENTRY
MAY 1 8 2000

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

Fee___
Process___
X Dktd___
CtRmDep___
Doc.No.___