```
                                    FILED
                              U.S. DISTRICT COURT
                            EASTERN DISTRICT OF LA

                            2000 MAY 18  P 2:08

                              LORETTA G. WHYTE
                                   CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MINUTE ENTRY
BERRIGAN, J
MAY 18 2000

 IT IS ORDERED that the following motions set for hearing on May 24, 2000, will be considered on the briefs.

**93-2038** JOSEPH S. CASEY, ET AL V RESOLUTION TRUST CORPORATION, ETC., ET AL
Motion by Federal Deposit Insurance Corporation to substitute party and motion to enforce settlement (49)

**98-1792**
**c/w** DR. CARL BERNOFSKY V ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND
**98-2102** Motion by Dr. Carl Bernofsky for recusal, and, in the alternative, to amend judgment, and/or motion for new trial (83)

**99-0573** IN THE MATTER OF THE COMPLAINT OF ENSCO MARINE COMPANY, ETC.
Rule 12(b)(6) motion by C & C Technologies, Inc. for dismissal of the third party complaint of BP Exploration & Oil, Inc. and ENSCO Marine Company (73)

DATE OF ENTRY
MAY 1 8 2000

Fee _____
Process ___
X Dktd ____
CtRmDep ___
Doc.No. ___

| | |
|---|---|
| 99-1623 | AUDREY ANN MONJURE BARRIOS V KODY MARINE, INC., ET AL<br>Motion by Kody Marine, Inc., Clyde Naquin, and Paul Boudreaux for judgment as a mater of law and remittitur (102) |
| 99-2873 | GARY M. CHURCH V POOL COMPANY<br>Motion by Gary M. Church to continue trial and to extend cutoff dates (5) |
| 00-0205 | BATTURE FLEET, INC. V CAROL BROWNER, ET AL<br>Motion by Neal and Mary Clulee, N/C Materials, Inc., Homeplace Batture Leasing, Inc. and Joel Chaisson for attorney fees in connection with appeal of motion to quash (43) |
| 00-1067 | SUN LIFE INSURANCE COMPANY OF CANADA V SHEILA RICHARDSON, ET AL<br>Motion by Diana James for summary judgment (4) |
| 00-1115 | PRECIOUS SHIPPING (SINGAPORE) PTE, LTD. V PCC/EBERHARD MARITIME TRANSPORT COMPANY, ETC., ET AL<br>Motion by Oceans International Corporation to quash order authorizing issuance of writ of attachment and garnishment (6) |

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE