UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BATTURE FLEET, INC.,

    PLAINTIFF

Versus                                      Division: "C"

CAROL BROWNER, in her official         Section: 00-0205
capacity as Administrator of the
United States Environmental Protection   Magistrate: 2
Agency,

GREG A. COOKE, in his official
capacity as Regional Administrator,
United States Environmental Protection
Agency, Region VI,

ADMIRAL JAMES LOY, in his official
Capacity as Commandant of the
United States Coast Guard,

And

CAPTAIN STEVEN ROCHON, in his
Official capacity as United States Coast
Guard Captain of the Port of New Orleans,

    DEFENDANTS

### PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' REPLY TO OPPOSITION MEMORANDUM

    Plaintiff moves this Court for an Order granting plaintiff leave to file a reply brief to Defendants' Reply in Support of Motion to Dismiss. In support of this motion, plaintiff states as follows:

    Defendants' reply creates ambiguities and inconsistencies in the pleadings before this Honorable Court that have a potentially profound effect upon the instant matter. Therefore, plaintiff believes that a reply brief

DATE OF ENTRY ____ MAY 19 2000

would be extremely helpful in attempting to clarify the issues before this Court.

WHEREFORE, for the reasons set forth above, plaintiff respectfully requests this Honorable Court grant this Motion, and that it be given leave to file the reply brief included herewith in opposition to defendants' pending Motion to Dismiss.

Respectfully submitted,

_____
LEMMON LAW FIRM, L.L.C.
By: Andrew A. Lemmon, T.A.
(Bar#18302)
225 Baronne Street
Suite 1700
New Orleans, Louisiana 70112
(504) 529-3180

ATTORNEYS FOR BATTURE FLEET, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BATTURE FLEET, INC.,

    PLAINTIFF

Versus                                      Division: "C"

CAROL BROWNER, in her official      Section: 00-0205
capacity as Administrator of the
United States Environmental Protection      Magistrate: 2
Agency,

GREG A. COOKE, in his official
capacity as Regional Administrator,
United States Environmental Protection
Agency, Region VI,

ADMIRAL JAMES LOY, in his official
Capacity as Commandant of the
United States Coast Guard,

And

CAPTAIN STEVEN ROCHON, in his
Official capacity as United States Coast
Guard Captain of the Port of New Orleans,

    DEFENDANTS

### ORDER

Considering the forgoing Motion for Leave to File Reply to Defendants' Reply to Plaintiff's Opposition to Motion to Dismiss, ※

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

New Orleans, Louisiana, this __18__ day of __May__, 2000.

_____
UNITED STATES DISTRICT JUDGE

※ THE COURT WILL NOT ACCEPT ANY FURTHER MEMORANDA FROM THE PARTIES UNLESS SOME EXTRAORDINARY CAUSE IS SHOWN.