

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BATTURE FLEET, INC. | CIVIL ACTION |
| VERSUS | NUMBER: 00-0205 |
| CAROL BROWNER, ETC., ET AL | SECTION: "C" 2 |

## J U D G M E N T

In accordance with the court's order and reasons issued June 8, 2000,

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

New Orleans, Louisiana, this _____ day of June 2000.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUN 1 2 2000

\_\_Fee\_\_\_
\_\_Process\_\_
\_\_ktd
\_\_CtRmDep
\_\_Doc.No.